O

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE KENNY G. ENTERPRISES, LLC, <br><br>   Debtor. <br> THOMAS H. CASEY, <br><br>   Plaintiff/Appellee, <br> v. <br> DOUGLAS ROTENBERG; TUONG-VY TON, <br><br>   Defendants/Appellants. | Case No. 8:14-cv-00246-ODW <br><br> **ORDER TO SUPPLY MANDATORY CHAMBERS'S COPIES** |

On May 14, 2014, Appellants filed their opening brief and excerpts of the bankruptcy-court record in support of their appeal. (ECF No. 19.) But the Court has yet to receive any chamber's copies.

Local Rule 5-4.5 requires that "one mandatory chambers copy of every electronically filed document must be delivered to the chambers of the assigned judge, or other designated location, no later than 12:00 noon on the following business day." While this appeal is a bankruptcy matter, the Local Rules of this Court still apply. The Court therefore **ORDERS** Appellants to submit one copy of their brief and appendices with 48 hours of this Order. This Order shall also apply to all

subsequently filed documents, including the opposition and reply briefs. Failure to timely comply with Local Rule 5-4.5 in the future will result in the Court striking the documents subject to the violation.

**IT IS SO ORDERED.**

May 20, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**