JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE KENNY G. ENTERPRISES, LLC, <br><br>         Debtor. | Case No. 8:14-cv-00246-ODW |
| THOMAS H. CASEY, <br><br>         Plaintiff/Appellee, <br><br>   v. <br><br> DOUGLAS ROTENBERG; TUONG-VY TON, <br><br>         Defendants/Appellants. | **JUDGMENT ON APPEAL REVERSING AND REMANDING BANKRUPTCY COURT's DECISION** <br><br> 8:11-bk-24750-TA, Adversary number: 8:13-ap-01271-TA |

In light of the conclusions of law contained in the Court's June 24, 2014 Order Reversing and Remanding Bankruptcy Court's Decision (ECF No. 27), the Court **ORDERS** that the Clerk of Court enter judgment as follows per Federal Rule of Bankruptcy Procedure 8016(a):

   1. Judgment for APPELLANTS DOUGLAS ROTENBERG and TUONG-VY TON and against APPELLEE THOMAS H. CASEY;

   2. The Court **REVERSES** and **REMANDS** the bankruptcy court's decision for

1  further proceedings consistent with this Court's June 24, 2014 Order; and
2      3.  The Clerk of Court shall close this case.
3      **IT IS SO ORDERED.**

5  June 24, 2014

_____
       **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**